■ SIDONIA K. KRUSKOL v. ROBERT F. WAGNER et al. GERALDINE J. LEVY v. SIDONIA K. KRUSKOL et al.— Motion by respondent Sidonia K. Kruskol to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of CHARLES I. GARSIDE v. MOST PREFERRED, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 22, 1960, with notice of argument for the Non-Enumerated Calendar for the first day of the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ JOHN J. DE LURY et al. v. JERRY WURF et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Motion for an enlargement of time dismissed, having become academic by virtue of the decision of this court herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ESTELA B. SANGUINETTI v. ALBERTO A. SANGUINETTI.— Motion to dismiss appeals granted, with $10 costs, unless the appellant notices the appeals for argument or submission for the November 1960 Term of this court on or before October 24, 1960. Respondent's points are to be served and filed on or before November 4, 1960. Reply points, if any, are to be served and filed on or before November 9, 1960. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ESTELA B. SANGUINETTI v. ALBERTO A. SANGUINETTI.— Motion for an order restoring to the Enumerated Calendar for the November 1960 Term of this court three appeals taken by defendant-appellant granted and the appeals taken by defendant-appellant from the three orders of the Supreme Court, New York County, entered on May 25, 1959, May 18, 1959 and June 25, 1959, are restored to the Enumerated Calendar of this court for the November 1960 Term, on condition that the appellant serves and files a new notice of argument for the November 1960 Term of this court on or before October 24, 1960. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ BELDAY CORPORATION v. ACME AIR APPLIANCE CO., INC.— Motion for a stay and for other relief denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ (A) FEDERAL INSURANCE COMPANY et al. v. UNITED PORT SERVICE COMPANY. (B) FEDERAL INSURANCE COMPANY et al. v. UNITED PORT SERVICE COMPANY. (C) FEDERAL INSURANCE COMPANY et al. v. ASSOCIATED OPERATING CO. (D) WILLAMAY TAYLOR et al. v. FIFTH AVENUE COACH LINE, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

## (October 21, 1960)

■ NICHOLAS A. KARGER v. PIERRE F. NESI et al.— Motion for a stay granted to the extent of continuing the stay contained in the order to show cause, dated September 27, 1960, pending the hearing and determination of the appeals on condition that the appeals from the orders entered September